UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br>　　　　　Plaintiff,<br>　　　v.<br>STARBUCKS CORPORATION,<br>　　　　　Defendant. | Case No. 15-cv-01828-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 28)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 26, 2016.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | August 25, 2016 |
| Opening Expert Designation | September 22, 2016 |
| Rebuttal Expert Designation | October 6, 2016 |
| Expert Discovery Cut-Off | October 27, 2016 |
| Dispositive Motions Filing Deadline | November 17, 2016 |

---

[1] *See* Docket No. 28.

Case No. 15-cv-01828-PSG
CASE SCHEDULING ORDER

1

1  Dispositive Motions Hearing ...................................................... January 10, 2017 at 10:00 AM
2  Pre-Trial Conference ................................................................ March 28, 2017 at 10:00 AM
3  Bench Trial ................................................................................... April 10, 2017 at 9:30 AM

**SO ORDERED.**

Dated: March 31, 2016

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge