UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>        Defendant. | Case No. 15-cv-01828-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' Joint Case Management Conference Statement. (Dkt. No. 45.) Upon review, the case management conference scheduled for July 13, 2016 is VACATED. At the parties' request, this case referred to a randomly assigned magistrate judge for a settlement conference to occur in early October or as soon thereafter is convenient for the magistrate judge.

**IT IS SO ORDERED.**

Dated: July 8, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge